**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| GRACIELA DELA TORRE, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 1:25-cv-5793 |
| | ) | |
| NIPPON EXPRESS USA, INC., | ) | HONORABLE SARA L. ELLIS |
| | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR RELIEF FROM APPOINTMENT, FOR LEAVE TO WITHDRAW, AND TO EXTEND DEADLINE TO AMEND COMPLAINT

Sheldon T. Zenner ("Mr. Zenner") of Katten Muchin Rosenman LLP hereby moves this Court, pursuant to Local Rules 83.17 and 83.38, for relief from his appointment to represent Plaintiff Graciela Dela Torre ("Ms. Dela Torre"), for leave to withdraw as counsel of record for Ms. Dela Torre, and for an extension of time for Ms. Dela Torre to prepare and file an amended complaint. In support of this motion, Mr. Zenner states as follows:

1. Mr. Zenner is a partner in the law firm of Katten Muchin Rosenman LLP and a member of the trial bar. The Court appointed Mr. Zenner to represent Ms. Dela Torre on October 10, 2025. [Dkt. 17].

2. Ms. Dela Torre initiated this lawsuit by filing a *pro se* complaint on May 23, 2025, which asserted several causes of action in connection with the termination of her employment with Defendant, including violations of ERISA, the Americans with Disabilities Act, Title VII, and the Family Medical Leave Act. [Dkt. 1]. On November 11, 2025, the Court set January 29, 2026 as the deadline for Ms. Dela Torre to file an amended complaint. [Dkt. 23].

3. Following his appointment, Mr. Zenner obtained the assistance of two litigation associates at Katten Muchin Rosenman LLP to assist in research and to evaluate each of the claims

contained in Plaintiff's original complaint. Altogether, Mr. Zenner and his associates spent over 142 hours on Ms. Dela Torre's case to determine whether Ms. Dela Torre had any claims that could, consistently with the ethical standards of the legal profession, be asserted in an amended complaint. To this end, Mr. Zenner and his associates met with Ms. Dela Torre in person, had numerous conversations over Zoom and by telephone, and exchanged emails in order to present their views to one another.

4. However, despite exhaustive effort, Mr. Zenner has concluded that he has no alternative but to move to withdraw for the reasons stated below.

5. First, Ms. Dela Torre and Mr. Zenner have a "substantial disagreement on litigation strategy," which constitutes a ground for relief from an order of assignment pursuant to Local Rule 83.38(a)(4), including that which would implicate Local Rule 83.38(a)(6) addressing relief when claims are not warranted under existing law.

6. Second, Mr. Zenner believes he and his firm lack the requisite expertise to competently represent Ms. Dela Torre with respect to one of the claims that Ms. Dela Torre would like to be asserted in the amended complaint. This claim fits within a specialized area of law in which Mr. Zenner and his team lack expertise. Pursuant to Local Rule 83.38(a)(3), counsel's opinion that he is "not competent to represent the party in the particular type of action assigned" constitutes a ground for relief from an order of assignment.

7. In light of the applicable local rules and under the circumstances, Mr. Zenner respectfully submits that he neither can nor should continue to represent Ms. Dela Torre in this matter.

8.     Mr. Zenner has notified Ms. Dela Torre that he would be withdrawing as counsel of record in this matter. Pursuant to Local Rule 83.17, a completed Notification of Party Contact Information is attached hereto as Exhibit A.

9.     In conjunction with this request for relief, Mr. Zenner requests that Ms. Dela Torre be granted an extension of time of 60 days for the filing of her amended complaint. Because this motion will be presented on the day of the current deadline to file an amended complaint, an extension of time would allow Ms. Dela Torre to prepare and file an amended complaint on her own behalf or to retain other counsel to do so.

WHEREFORE, Mr. Zenner moves for entry of an order: (1) relieving Sheldon T. Zenner of Katten Muchin Rosenman LLP from his appointment to represent Ms. Dela Torre in this matter; (2) granting Mr. Zenner leave to withdraw from his representation of Ms. Dela Torre in this matter; and (3) granting Ms. Dela Torre a 60-day extension of time to file an amended complaint.

Respectfully Submitted,

/s/ *Sheldon T. Zenner*
Sheldon T. Zenner
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL 60661
(312) 902-5476
sheldon.zenner@katten.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, Sheldon T. Zenner, hereby certify that on January 23, 2026, I electronically filed the forgoing **Motion for Relief from Appointment, for Leave to Withdraw, and to Extend Deadline to File an Amended Complaint** by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record. I further certify that I deposited a copy of the same in the U.S. Mail, first-class postage pre-paid, to the address listed below to be served on Plaintiff Graciela Dela Torre:

Graciela Dela Torre
653 Wing Street
Elgin, Illinois 60123

/s/ *Sheldon T. Zenner*
Sheldon T. Zenner
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL 60661
(312) 902-5476
sheldon.zenner@katten.com